

# NUMBER 13-25-00236-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE RAMON M. DIANA

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva[1]**

By pro se petition for writ of mandamus, relator Ramon M. Diana assails various orders issued in a family law case based on, *inter alia*, lack of jurisdiction and improper service.[2] We deny the petition for writ of mandamus.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

[2] This petition for writ of mandamus arises from trial court cause number 2022-DCL-02849 in the 444th District Court of Cameron County, Texas. We previously granted mandamus relief in favor of Diana in a separate original proceeding. *See In re Diana*, No. 13-24-00287-CV, 2024 WL 3221597, at *1 (Tex. App.—Corpus Christi–Edinburg June 28, 2024, orig. proceeding) (mem. op.). Diana filed an appeal from other orders issued in this same trial court proceeding which is docketed in our appellate cause number

A writ of mandamus is an extraordinary remedy available only when the trial court clearly abused its discretion and the party seeking relief lacks an adequate remedy on appeal. *In re Ill. Nat'l Ins.*, 685 S.W.3d 826, 834 (Tex. 2024) (orig. proceeding). Alternatively, when "a trial court issues an order 'beyond its jurisdiction,' mandamus relief is appropriate because such an order is void ab initio." *In re Panchakarla*, 602 S.W.3d 536, 539 (Tex. 2020) (orig. proceeding) (per curiam) (quoting *In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 605 (Tex. 2000) (orig. proceeding)). In such circumstances, the relator need not show it lacks an adequate appellate remedy. *See In re Vaishangi, Inc.*, 442 S.W.3d 256, 261 (Tex. 2014) (orig. proceeding) (per curiam); *In re Sw. Bell Tel. Co.*, 35 S.W.3d at 605.

The Court, having examined and fully considered the petition for writ of mandamus, the response filed by real party in interest Elvia Karina Diana-Cordova, relator's reply, and the applicable law, is of the opinion that relator has not met his burden to obtain relief. Accordingly, we lift the stay previously imposed in this case. *See* TEX. R. APP. P. 52.10. We deny the petition for writ of mandamus.

CLARISSA SILVA
Justice

Delivered and filed on the
23rd day of June, 2025.

---

13-24-00111-CV. By separate memorandum opinion issued this same day, we have affirmed the orders subject to appeal in that case. *See In re K.D., P.D., V.D., and E.D., Children*, No. 13-24-00111-CV, 2025 WL _____, at *1 (Tex. App.—Corpus Christi–Edinburg June 23, 2025, no pet. h.) (mem. op.).